THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL NAFTZINGER      :
                     :
        Plaintiff,   :
   v.                :   3:21-CV-416
                     :   (JUDGE MARIANI)
STATE FARM INSURANCE COMPANY  :
                     :
        Defendant.   :

## ORDER

AND NOW, THIS 10th DAY OF JANUARY 2024, upon consideration of Defendant's Motion for Partial Summary Judgment (Doc. 10) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Partial Summary Judgment (Doc. 10) is **GRANTED**. Judgment is entered in favor of Defendant and against Plaintiff with respect to Plaintiff's Bad Faith claim contained in Plaintiff's Complaint (Doc. 1-1).

2. Trial in the above-captioned matter on Plaintiff's remaining claims will be scheduled by separate Order.

Robert D. Mariani
United States District Judge